IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL L. DENNY, : | |
| : | CIVIL NO.  3:CV-04cv0458 |
| Plaintiff, : | |
| : | (Judge Jones) |
| v. : | |
| : | |
| MONROE COUNTY HOME : | |
| ASSOCIATION a/k/a LAUREL MANOR : | |
| NURSING HOME and JOHN : | |
| KALTENHALER, in his individual capacity: | |
| : | |
| Defendants. : | |

## ORDER

### August 26, 2005

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Pending before the Court is a Motion for Leave to Amend Complaint filed by Plaintiff Carol L. Denny on July 29, 2005.  (Rec. Doc. 22).  Defendants did not concur in Plaintiff's Motion.  However, to date, no brief in opposition has been received from either named Defendant.

Pursuant to Middle District of Pennsylvania Local Rule ("L.R.") 7.6: "Any party opposing any motion shall file a responsive brief ... within fifteen (15) days after service of the movant's brief."  Therefore, Defendants' brief in opposition to

Plaintiff's Motion to Amend was due no later than August 15, 2005.[1]  As no response to date has been received, Plaintiff's Motion will be granted as unopposed.

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Leave to Amend Complaint (Rec. Doc. 22) is GRANTED as unopposed.

2. Plaintiff shall file an amended complaint within twenty (20) days of the date of this Order.

        s/ John E. Jones III
        John E. Jones III
        United States District Judge

---

[1] We note that Plaintiff's counsel did not append his signature to either his Motion or his supporting brief when they were initially filed.  (See Rec. Docs. 22 and 23).  However, he supplemented the record with the appropriate signature pages on August 8, 2005.  (See Rec. Docs. 24 and 25).  Even if Defendants believed that because of the absent signature pages they were not "served" as required by L.R. 7.6 until August 8, 2005, their time to respond would nonetheless have elapsed as of August 23, 2005.